# EXHIBIT A

## Commonwealth of Massachusetts

SUFFOLK, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 1784CV03667H

MARJORIE JEAN DONAHOE, PLAINTIFF(S),

v.

BRINKER INTERNATIONAL, INC. D/B/A
MAGGIANO'S LITTLE ITALY, DEFENDANT(S)
RESTAURANT,

### SUMMONS

THIS SUMMONS IS DIRECTED TO BRINKER INTERNATIONAL, INC., D/B/A MAGGIANO'S LITTLE ITALY RESTAURANT. (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Suffolk Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court and mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your signed original response with the Clerk's Office for Civil Business, Suffolk Superior Court, Boston, MA (address), by mail or in person, AND
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: P.O. Box 9139, Braintree, MA 02185-9139.

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Mass. R. Civ. P. 12. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                                           SUPERIOR COURT
                                                                       CIVIL ACTION
                                                                       NO. 1784CV03667H

* * * * * * * * * * * * * * * *
                                    *
MARJORIE JEAN DONAHOE,              *
                                    *
    Plaintiff                       *
                                    *
V.                                  *
                                    *
BRINKER INTERNATIONAL, INC.,        *
D/B/A MAGGIANO'S LITTLE ITALY       *
RESTAURANT,                         *
                                    *
    Defendant                       *
                                    *
* * * * * * * * * * * * * * * *

## COMPLAINT AND DEMAND FOR SPEEDY JURY TRIAL

1.   The Plaintiff, Marjorie Jean Donahoe, is a seventy-eight year-old resident of Mashpee, Barnstable County, Commonwealth of Massachusetts.

2.   The Defendant, Brinker International, Inc., is a duly-constituted corporation with places of business throughout Massachusetts, including Suffolk County.

3.   At all times material hereto, the Defendant, Brinker International, Inc., owned and/or managed the premises known as Maggiano's Little Italy Restaurant located at Four Columbus Avenue in Boston, Suffolk County, Commonwealth of Massachusetts.

4.   On December 19, 2014, the Plaintiff was lawfully on the premises at Maggiano's Little Italy Restaurant. When she exited the premises through its revolving

door, she was unexpectedly thrown forward when the door accelerated, causing her to land on the sidewalk outside, thereby sustaining serious injury.

5. This revolving door was owned, designed, utilized, maintained and/or controlled by the Defendant, and constituted a hazardous condition on its premises with regard to the Plaintiff's path of egress.

6. The Defendant was thereby negligent with respect to this hazardous revolving door which caused the Plaintiff to suffer great pain of body and mind, to endure hospitalization, to incur expenses for medical attention and prevent her from engaging in the normal activities of daily living.

WHEREFORE, the Plaintiff, Marjorie Jean Donahoe, demands judgment against the Defendant, Brinker International, Inc., in an amount that is fair, together with interest and costs and such other relief to which she is legally entitled.

THE PLAINTIFF DEMANDS A SPEEDY TRIAL BY JURY.

Respectfully submitted,

MARJORIE JEAN DONAHOE,
By her attorneys,

*Paul F. Kenney* (signature)

Paul F. Kenney (BBO #268680)
Mark D. Horan (BBO #545487)
Kenney & Conley, P.C.
100 Grandview Road, Suite 218
Post Office Box 9139
Braintree, Massachusetts 02184
Telephone: (781) 848-9891
paul@kenneyconley.com
mark@kenneyconley.com

Dated: November 7, 2017